IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 7 |
| SAMUEL H. STEINER : | |
| : | BANKR. NO.: 22-10397 (AMC) |
| : | |
| Debtor    : | |
| : | |

**ORDER DISMISSING CASE**

AND NOW, this ____ day of October, 2022, upon consideration of the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C.§707(b)(3), and the response of the debtor, if any, it is now, therefore,

ORDERED, that the United States Trustee's Motion is GRANTED and this case is hereby DISMISSED.

**Date: October 13, 2022**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

1